✎JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**          Category No.  __II__          Investigating Agency  __FBI__

City      __Quincy__                    Related Case Information:

County    __Norfolk__                   Superseding Ind./ Inf. _____    Case No. _____
                                        Same Defendant _____           New Defendant _____
                                        Magistrate Judge Case Number
                                        Search Warrant Case Number    __See Additional Information__
                                        R 20/R 40 from District of

**Defendant Information:**

Defendant Name   __Alexander Giannakakis__          Juvenile:    ☐ Yes  ☑ No

                 Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name       _____

Address          __(City & State)  Sweden__

Birth date (Yr only): __1989__   SSN (last4#): _____   Sex __M__   Race: __White__   Nationality: _____

**Defense Counsel if known:**   __Norman Zalkind__           Address  __65A Atlantic Avenue__

**Bar Number**  _____                                                __Boston, MA__

**U.S. Attorney Information:**

AUSA   __Scott Garland & Jason Casey__          Bar Number if applicable _____

Interpreter:   ☐ Yes  ☑ No       List language and/or dialect: _____

Victims:       ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☐ Yes  ☐ No

Matter to be SEALED:   ☑ Yes   ☐ No

☑ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

Arrest Date  _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:**    ☐ Petty    ☐ Misdemeanor    ☑ Felony  __5__

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  9/14/2021                   Signature of AUSA: _/s/_

JS 45  (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     Alexander Giannakakis

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1001(a)(2) | False Statements | 1 |
| Set 2 | 18 U.S.C. § 1001(a)(1) | Falsifying, Concealing and Covering Up a Material Fact by Trick, Scheme and Device | 2 |
| Set 3 | 18 U.S.C. § 1519 | Concealment of Records in a Federal Investigation | 3 |
| Set 4 | 18 U.S.C. § 1512(c)(1) | Tampering with Documents and Objects | 4 |
| Set 5 | 18 U.S.C. § 1512(c)(2) | Tampering with an Official Proceeding | 5 |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  Search Warrant Case Numbers: 19-1161-DLC, 19-1194-DLC, 20-1020-DLC, 20-1021-DLC, 20-1295-DLC, 20-1296-DLC, 20-1043-DLC, 20-1044-DLC, 20-1360-DLC, 20-1429-DLC