# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>ALEXANDER GIANNAKAKIS<br><br>*Defendant* | )<br>)<br>)  Case No.   21-cr-10271<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ALEXANDER GIANNAKAKIS                                                                                                   ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment          ☐ Superseding Indictment          ☐ Information          ☐ Superseding Information          ☐ Complaint
☐ Probation Violation Petition          ☐ Supervised Release Violation Petition          ☐ Violation Notice          ☐ Order of the Court

This offense is briefly described as follows:

Between on or about March 20, 2020 through March 22, 2020 -

Making a Materially False Statement on in violation of 18 U.S.C. § 1001(a)(2); Falsfying, Concealing and Covering up a Material Fact by Trick, Scheme and Device in violation of 18 U.S.C.§ 1001(a)(1); Concealment of Records in a Federal Investigation in violation of 18 U.S.C. § 1519; Tampering with Documents and Objects in violation of 18 U.S.C. § 1512(c)(1); and Tampering with an Official Proceeding in violation of 18 U.S.C. 1512(c)(2).

Date:   09/14/2021                                                                                         *Marianne B. Bowler* /s/ MJ
                                                                                                                *Issuing officer's signature*

City and state:   Boston, MA                                                                United States Magistrate Judge Marianne B. Bowler
                                                                                                                *Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                                                                                    _____
                                                                                                                *Arresting officer's signature*

                                                                                                                _____
                                                                                                                *Printed name and title*