UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Docket No. 1:21-cr-10271-PBS |
| ALEXANDER GIANNAKAKIS ) | |
| ) | |
| Defendant. ) | |

**JOINT MEMORANDUM PURSUANT TO LOCAL RULE 116.5(a)**

The United States of America and the defendant, through counsel, hereby submit this joint memorandum addressing Local Rule 116.5(a).[1]

**The government and the defendant request that the initial status conference scheduled for March 15, 2024, be cancelled and an interim status conference date established in approximately 45 days. The parties propose the Interim Status Conference be held on or about April 30, 2024.**

**I.      Local Rule 116.5(a)(1)**

On March 14, 2024, the government anticipates producing automatic discovery as required by Fed. R. Crim. P. 16 and Rules 116.1(c) and 116.2 of the Local Rules of the United States District Court for the District of Massachusetts, as well as discovery beyond that required by these rules. There are presently no pending discovery requests.

**II.     Local Rule 116.5(a)(2)**

The government will provide discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any supplemental discovery if any additional materials are obtained.

---

[1] Pursuant to Fed. R. Crim. P. 16.1, the parties have conferred regarding the discovery timetable.

**III.     Local Rule 116.5(a)(3)**

The defendant needs additional time to review the government's automatic discovery before determining whether it will be necessary to file a request for additional materials.

**IV.     Local Rule 116.5(a)(4)**

The parties have not yet requested a protective order for discovery in this case, but may do so in the future for a limited portion of the discovery.

**V.      Local Rule 116.5(a)(5)**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b).

**VI.     Local Rule 116.5(a)(6)**

The parties have yet to agree on an appropriate schedule for expert disclosures.   The parties intend to propose a schedule prior to the Final Status Conference.

**VII.    Local Rule 116.5(a)(7)**

The Court has excluded from the speedy trial calculation all time from the defendant's initial appearance through March 15, 2024.   [D.17].   The government and the defendant agree that the time period between March 15, 2024, and the interim status conference should be excluded because the parties will use the period to produce and evaluate discovery, and to discuss a potential resolution of this matter.   Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

**VIII.   Local Rule 116.5(a)(8)**

The government and the defendant request that an interim status conference date be established approximately 45 days in the future., and propose a time convenient for the Court on

or about April 30, 2023.

Respectfully submitted,

| ALEXANDER GIANNAKAKIS | JOSHUA S. LEVY |
| | ACTING UNITED STATES ATTORNEY, |

By: s/ *Forest J. O'Neill-Greenberg.* (by JTM)   By: *s/ John T. McNeil*
Oscar Cruz, Jr.                                                         John T. McNeil
Forest J. O'Neill-Greenberg                                 Jason A. Casey
Assistant Federal Public Defenders                  Assistant U.S. Attorneys
Federal Public Defender Office                          United States Attorney's Office
51 Sleeper Street, 5th Floor                                 1 Courthouse Way, Suite 9200
Boston, MA 02210                                                 Boston, MA 02210


Date: March 11, 2024

---

## CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and by regular mail to the participants who do not receive electronic filing.

                                                                          *s/ John T. McNeil*
                                                                          John T. McNeil
                                                                          Assistant U.S. Attorney

Date: March 11, 2024