UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No. 21-cr-10271-PBS |
| ALEXANDER GIANNAKAKIS, ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR A CHANGE OF PLEA HEARING

The United States of America and the Defendant Alexander Giannakakis, through undersigned counsel, respectfully move this Court to schedule a change of plea hearing pursuant to Rule 11 of the Federal Rules of Criminal Procedure. The parties agree to exclude from the Speedy Trial Act calculation the time between September 26, 2024, and the date on which the Court schedules the change of plea hearing.

Respectfully submitted,

ALEXANDER GIANNAKAKIS,          JOSHUA S. LEVY,
Defendant                                          Acting United States Attorney

By:  */s/ Forest O'Neill-Greenberg*         By:  */s/ Jason A. Casey*
Forest O'Neill-Greenberg                           Jason A. Casey
Counsel for Alex Giannakakis                  John T. McNeil
                                                                  Assistant United States Attorney

Dated: September 25, 2024

1

<u>CERTIFICATE OF SERVICE</u>

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

                                        <u>*/s/ Jason A. Casey*</u>
                                        Jason A. Casey
                                        Assistant United States Attorney