UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEXANDER GIANNAKAKIS,<br><br>Defendant. | Criminal No. 21-cr-10271-PBS |

### REPORT IN LIEU OF FINAL CONFERENCE

Cabell, U.S.M.J.

   The defendant has been indicted on charges of making false statements, concealment of material facts, concealment of records, tampering with documents or objects, and tampering with an official proceeding. On September 25, 2024, and ahead of a status conference scheduled for September 26, the parties filed a motion asking that the case be scheduled for a Rule 11 hearing, which has since been set for November 8, 2024, at 9:30 a.m. Accordingly, the final status conference before me was canceled and I report as follows in reporting the matter to the district judge: discovery is complete; no pretrial motions have been filed; and all the time from the defendant's arraignment to November 8, 2024 has been excluded. Accordingly, no time will have elapsed for purposes of the Speedy Trial Act when and if the Rule 11 hearing is held as scheduled.

There are no other matters specific to this case that would assist the district judge upon transfer.

/s/ Donald L. Cabell  
DONALD L. CABELL, U.S.M.J.

DATED:  October 3, 2024