March 5, 2025

Dear Judge Saris,

    My name is Rabbi Toba Spitzer, I am the Senior Rabbi and spiritual leader of Congregation Dorshei Tzedek in Newton, Massachusetts.

    I have had two extensive Zoom conversations with Alexander over the past 5 months. He has expressed to me his deep sadness over his brother's actions, his own desire to reflect on the antisemitism that both he and his brother have been exposed to in their lives, and a desire to take responsibility for his own past behaviors and grow meaningfully as a person.

    We have discussed the intersections between antisemitism and virulent critique of Israel, and in our last conversation we discussed antisemitic tropes and how these have manifested historically in both the Christian and Muslim worlds. I have found Alex very eager to learn, and he has asked me for more reading on these topics. He is open-minded and exhibits real care and kindness in his responses.

    Alex also expressed his interest, once he is released, in performing community service either here in the U.S. or in Sweden, ideally in support of local Jewish communities. I am currently looking into some possibilities in Sweden through rabbinic contacts that I have in Sweden, and plan to update Alex and his counsel when I have more information for him on opportunities in Sweden. Should Alex remain in the U.S. before his move back to Sweden, I would be more than happy to extend community service opportunities to him through our Congregation and local community.

    Alex has expressed his genuine interest in remaining in communication with me, and we tentatively are scheduled for another meeting sometime at the end of March so that he can gain more information about community service opportunities, and so he can share with me an apology letter to the local Jewish community that he is currently working on.

    Sincerely,

    Rabbi Toba Spitzer

[Home](#)

# Rabbi Toba Spitzer



Rabbi Toba Spitzer has served Congregation Dorshei Tzedek since she was ordained in 1997 at the Reconstructionist Rabbinical College (RRC). She recently published *God Is Here: Reimagining the Divine*, a book of popular theology that is already transforming hearts, minds and lives.

Rabbi Spitzer is a popular teacher of courses on Judaism and economic justice, Reconstructionist Judaism, new approaches to thinking about God, and the practice of integrating Jewish spiritual and ethical teachings into daily life. She served as the President of the Reconstructionist Rabbinical Association from 2007-2009, and was the first LGBTQ rabbi to head a national rabbinic organization. Rabbi Spitzer has received the honor of being included in Newsweek's Top 50 Rabbis in America 2008 list, the 2008 Forward 50 list, as well as the 2010 Forward list of 50 Female Rabbis Who Are Making A Difference. She is also a part president the Massachusetts Board of Rabbis.

Rabbi Spitzer has been involved for many years in American Jewish efforts to help foster a peaceful resolution to the Israeli-Palestinian conflict as well as work in the U.S. for economic and social justice. She has served on the Board of Truah: The Rabbnic Call for Human Rights, and was a founding member of the Advisory Board of J Street. Rabbi Spitzer has a special interest in Jewish approaches to economic justice and the mindful use of money in daily life. Rabbi Spitzer's writings on process theology, Judaism and social justice, and explorations of Biblical texts have been published in *The Reconstructionist Journal* and in the anthology *Torah Queeries: Weekly Commentaries on the Hebrew Bible*. While a student at RRC, she organized a rabbinic delegation to Haiti to serve as human rights witnesses during the military junta. The trip and resulting Haitian-Jewish seder are described in her article "Of Haiti and Horseradish", in *The Narrow Bridge: Jewish Views on Multiculturalism*, edited by Marla Brettschneider.

Click here to see Rabbi Spitzer's divrei Torah for the High Holy Days, and here for interviews and articles that have been posted elsewhere on the web. Rabbi Spitzer is a devoted and relatively patient Red Sox fan and also has a life goal of bowling in all 50 states. She has 32 down so far!